**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DERRICK MCNEIL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WEST MARINE, INC., MATTHEW L. HYDE, BARBARA L. RAMBO, RANDOLPH K. REPASS, ALICE M. RICHTER, DENNIS F. MADSEN, CHRISTIANA SHI, JAMES F. NORDSTROM, JR., ROBERT D. OLSEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:17-cv-01036-RGA |

**STIPULATION AND [PROPOSED] ORDER CONCERNING
PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ACTION
AND PLAINTIFFS' COUNSEL'S ANTICIPATED
<u>APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES</u>**

**WHEREAS**, the above-captioned class action (the "Action") was commenced on behalf of a putative class of West Marine, Inc. ("West Marine" or the "Company") stockholders to challenge the proposed acquisition of West Marine by affiliates of Monomoy Capital Partners ("Monomoy"), pursuant to an agreement and plan of merger (the "Merger Agreement") filed with the United States Securities and Exchange Commission ("SEC"), whereby West Marine stockholders would receive $12.97 in cash for each share of West Marine stock (the "Transaction");

**WHEREAS**, on July 24, 2017, West Marine filed a Preliminary Proxy Statement on a Schedule 14A (the "Preliminary Proxy") with the SEC in connection with the Transaction;

**WHEREAS**, on July 27, 2017, Plaintiff Derrick McNeil ("McNeil" and/or "Plaintiff") filed the above-captioned putative class action on behalf of a putative class of West Marine

stockholders alleging violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder, and alleging that the Preliminary Proxy failed to disclose information that Plaintiff alleged was necessary to make the statements in the Proxy not materially false or misleading (the "McNeil Action");

**WHEREAS**, on July 31, 2017, plaintiff Daniel Greenberg ("Greenberg") filed a putative class action on behalf of a putative class of West Marine stockholders in the United States District Court for the Northern District of California alleging violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder, and alleging that the Preliminary Proxy failed to disclose information that Plaintiff alleged was necessary to make the statements in the Proxy not materially false or misleading (the "Greenberg Action");

**WHEREAS**, on August 8, 2017, plaintiff Paul Parshall ("Parshall") filed a putative class action on behalf of a putative class of West Marine stockholders in the United States District Court for the Northern District of California alleging violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder, and alleging that the Preliminary Proxy failed to disclose information that Plaintiff alleged was necessary to make the statements in the Proxy not materially false or misleading (the "Parshall Action");

**WHEREAS**, the McNeil Action, the Greenberg Action, and the Parshall Action are collectively referred to as the "Actions," and McNeil, Greenberg, and Parshall are collectively referred to as the "Plaintiffs."

**WHEREAS**, on August 11, 2017, Defendants caused a Definitive Proxy Statement on a Schedule 14A (the "Definitive Proxy") to be filed with the SEC in connection with the Transaction;

**WHEREAS**, on August 24, 2017, Plaintiff McNeil moved for a Preliminary Injunction to enjoin the Transaction (the "Injunction Motion"), and sent Defendants' counsel a copy of the filing;

**WHEREAS**, on September 1, 2017, West Marine filed a Form 8-K with the SEC that contained certain additional information that amended the Definitive Proxy and mooted the claims raised in the Plaintiffs' complaints and asserted as the basis for Injunction Motion (the "Supplemental Disclosures");

**WHEREAS**, on September 12, 2017, the West Marine stockholder vote on the Transaction was held and West Marine stockholders voted in favor of the Transaction;

**WHEREAS**, on September 14, 2017, the merger of West Marine with affiliates of Monomoy was completed;

**WHEREAS**, Plaintiffs believe and contend that the Supplemental Disclosures were material and mooted the claims set forth in their Actions;

**WHEREAS**, Plaintiffs agreed voluntarily to dismiss their claims as a pre-condition for West Marine's issuance of the Supplemental Disclosures;

**WHEREAS**, Plaintiffs assert that the prosecution of the Actions caused West Marine to file the Supplemental Disclosures with the SEC and that Plaintiffs' counsel has the right to seek and recover attorneys' fees in connection with a claimed common benefit provided to West Marine stockholders as a result of the filing of the Supplemental Disclosures;

**WHEREAS**, Plaintiffs agreed to submit a single application for attorneys' fees and expenses, and have further agreed that any such application will be filed solely in this Court ("Fee and Expense Application");

**WHEREAS**, Defendants have denied and continue to deny any wrongdoing, contend

that no claim asserted in the Action was ever meritorious and deny that the Supplemental Disclosures were material;

**WHEREAS**, no class has been certified in the Actions;

**WHEREAS**, Defendants reserve the right to oppose, in whole or in part, any Fee and Expense Application submitted by Plaintiffs relating to the Actions;

**IT IS HEREBY STIPULATED AND AGREED,** by Plaintiff McNeil and Defendants, through their respective undersigned counsel, subject to the approval of the Court that:

1. Plaintiff hereby voluntarily dismisses his Action with prejudice as to the named Plaintiff and without prejudice as to the putative class pursuant to Federal Rule of Civil Procedure 41(a), and the Action is so dismissed.

2. Because no class has been certified, the dismissal is as to the named Plaintiff only and has no effect upon the putative class. Because no class claims are being compromised and no consideration or compensation has been given or promised to Plaintiff or his counsel, no notice of this dismissal is required.

3. This Court retains continuing jurisdiction over the Action solely for purposes of any potential further proceedings related to the adjudication of Plaintiffs' prospective Fee and Expense Application, should such application become necessary.

4. The parties shall meet and confer concerning Plaintiffs' claim for attorneys' fees and expenses. To the extent that the parties are unable to reach an agreement, they will contact the Court to set a stipulated briefing and hearing schedule for Plaintiffs' Fee and Expense Application. If the parties reach an agreement concerning Plaintiffs' claim for fees and expenses, they will notify the Court.

5. This Stipulation is not intended to, and shall not, waive or prejudice any right or argument that may be asserted or presented by Plaintiffs or Defendants in support of or in opposition to any claim by Plaintiff for attorneys' fees and expenses.

6. Any Fee and Expense Application will be jointly filed in this Action with the counsel for Plaintiffs.

Dated: October 17, 2017

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
          jwilson@faruqilaw.com

*Counsel for Plaintiff*

**OF COUNSEL:**

**SIDLEY AUSTIN LLP**
James W. Ducayet
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7621
Email: jducayet@sidley.com

**SIDLEY AUSTIN LLP**
Matthew J. Dolan
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Tel: (650) 565-7106
Email: mdolan@sidley.com

**FARUQI & FARUQI, LLP**

By: */s/ Michael Van Gorder*
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Email: mvangorder@faruqilaw.com

*Counsel for Plaintiff*

**POTTER, ANDERSON & CORROON, LLP**

By: */s/Christopher N. Kelly*
Kevin R. Shannon (#3137)
Christopher N. Kelly (#5717)
Alan R. Silverstein (#5066)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
kshannon@potteranderson.com
ckelly@potteranderson.com
asilverstein@potteranderson.com

*Counsel for Defendants West Marine, Inc., Matthew L. Hyde, Barbara L. Rambo, Randolph K. Repass, Alice M. Richter, Dennis F. Madsen, Christiana Shi, James F. Nordstrom, Jr., and Robert D. Olsen*

*Counsel for Defendants West Marine, Inc.,
Matthew L. Hyde, Barbara L. Rambo,
Randolph K. Repass, Alice M. Richter,
Dennis F. Madsen, Christiana Shi, James F.
Nordstrom, Jr., and Robert D. Olsen*


SO ORDERED this _____ day of _____, 2017.


_____
UNITED STATES DISTRICT JUDGE
RICHARD G. ANDREWS